# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### 413 MIDDLE STREET
### NEW BERN, NORTH CAROLINA  28560

Louise W. Flanagan
Chief United States District Judge

Telephone (252) 638-3068
Facsimile (252) 637-9143

June 14, 2006

Committee on Financial Disclosure
Attention: Honorable Ortrie D. Smith, Chairperson
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

RE:    Louise W. Flanagan, Chief United States District Judge
        for the Eastern District of North Carolina
        Financial Disclosure Report for Calendar Year 2005

Dear Judge Smith:

This letter is sent to affect amendment to the above-referenced report, dated May 8, 2006.  Part IV of the report should include the following information.  The Eastern Bankruptcy Institute funded travel costing the sum of $235.00 with regard to my attendance at the organization's North Myrtle Beach, South Carolina conference June 2-3, 2005.  I addressed Institute members and guests on behalf of the United States District Court for the Eastern District of North Carolina.

Yours very truly,



Louise W. Flanagan

LWF:mc

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Flanagan, Louise W | 2. Court or Organization<br><br>US District Court, NC | 3. Date of Report<br><br>05/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>413 Middle Street<br>New Bern, NC 28560 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

**[X]** NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL
MAY 17 12 31 PM '06
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

**[X]** NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-employed as an attorney |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Treasury Strip Bond - Mat 2/15/07 | B | Interest | K | T | | | | | |
| 2. Norfolk Southern Common | A | Dividend | J | T | | | | | |
| 3. US Treasury Strip Bond - Mat 2/2/08 | B | Interest | K | T | | | | | |
| 4. US Treasury Strip Bond - Mat 3/1/09 | B | Interest | K | T | | | | | |
| 5. Deposits at First Citizens Bank & Wachovia Bank | B | Interest | K | T | | | | | |
| 6. Deposits at First Citizens Bank | A | Interest | M | T | | | | | |
| 7. Legg Mason American Leading Co | A | Dividend | K | T | | | | | |
| 8. Legg Mason Value Trust | A | Dividend | L | T | Sell | 6/14 | J | A | |
| 9. Legg Mason Special Invest Trust | A | Dividend | M | T | Sell | 6/14 | J | A | |
| 10. Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 11. BB&T Corp Common | A | Dividend | K | T | | | | | |
| 12. Western Asset/Claymore US | A | Dividend | J | T | | | | | |
| 13. Cohen & Streers REIT & Utility | A | Dividend | J | T | Sell | 6/14 | J | A | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Albertsons Inc Common | | None | J | T | | | | | |
| 16. Calamos Conv & High Income | | None | J | T | | | | | |
| 17. Piedmont Natural Gas Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rayethon Co Common New A | A | Dividend | J | T | | | | | |
| 19. Mass Investors Growth | A | Dividend | J | T | | | | | |
| 20. Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 21. BB&T Corp Common | A | Dividend | J | T | | | | | |
| 22. American Funds Europacific A | | None | K | T | | | | | |
| 23. American Funds Growth A | | None | M | T | | | | | |
| 24. American Funds Wash Mutual | | None | L | T | | | | | |
| 25. AIM Funds Mid Cap Equity Fund | | None | M | T | | | | | |
| 26. AIM Funds Basic Value | | None | M | T | | | | | |
| 27. Franklin Mutual Beacon Fund | | None | | | Sell | 7/19 | K | | |
| 28. Noucoux UN, LLC (Real estate in New Bern & Greenville) | D | Rent | M | U | | | | | |
| 29. Legg Mason Value Trust | | None | N | T | | | | | |
| 30. Oppenheimer Capital Preservation | | None | | | Sell | 7/19 | P1 | | |
| 31. Columbia Acorn | | None | M | T | | | | | |
| 32. Oriental Marina Condo Unit 15 (Oriental, NC) | D | Rent | | | Sell | 7/1 | M | E | |
| 33. Inesco Stable Value Trust | | | P1 | T | Buy | 7/19 | P1 | | |
| 34. Lord Abbot Mid Cap | | | M | T | Buy | 7/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date 5-12-04

...ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544